A CERTIFIED TRUE COPY

AUG -3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1838    CV407-78

### IN RE The TJX Companies, Inc., Customer Data Security Breach Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 28, 2007, the Panel transferred two civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William G. Young.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Young.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of June 28, 2007, and, with the consent of that court, assigned to the Honorable William G. Young.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2007 AUG 14 A 9:29
CLERK, SO. DIST. OF GA.
FILED U.S. DIST. COURT SAVANNAH DIV.

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# MDL NO. 1838
# IN RE The TJX Companies, Inc., Customer Data Security Breach Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-2168 | Angie Lemley v. TJX, Inc., et al. |
| CAC 2 07-2170 | Shanay M. Pickering v. The TJX Companies, Inc., et al. |
| CAC 2 07-2172 | David Salinas, et al. v. The TJX Companies, Inc., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-484 | Angelica Tennent, et al. v. The TJX Companies, Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 2 07-389 | Joann Sharkey v. The TJX Companies, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 4 07-276 | Calynne Hill, et al. v. The TJX Companies, Inc., et al. |
| **GEORGIA SOUTHERN** | |
| GAS 4 07-78 | Amanda Paige Dundon, et al. v. The TJX Companies, Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 07-2139 | Kathleen Robinson v. The TJX Companies, Inc., et al. |
| ILN 1 07-2887 | Joseph Roberts v. The TJX Companies, Inc., et al. |
| ILN 1 07-3533 | Lisa Gutierrez v. The TJX Companies, Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 07-3271 | Eva C. Agnelly v. The TJX Companies, Inc., et al. |
| **MICHIGAN WESTERN** | |
| MIW 1 07-430 | Anna M. Wardrop v. The TJX Companies, Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 07-1113 | Rose Hamilton-Griffin v. The TJX Companies, Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 4 07-379 | Teresa Lamb v. The TJX Companies, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 1 07-388 | Anita Taliaferro, et al. v. The TJX Companies, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 6 07-233 | Amber Lack, et al. v. The TJX Companies, Inc., et al. |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

August 3, 2007

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

07-11480WGY

Re: MDL-1838 -- IN RE The TJX Companies, Inc., Customer Data Security Breach Litigation

(See Attached CTO-1)

DOCKETED

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 18, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgum-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge William G. Young
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 36



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

August 10, 2007

Mr. Scott Lawrence Poff, Clerk
United States District Court
Post Office Box 8286
Savannah, GA 31412

        IN RE: <u>MDL DOCKET No. 1838</u>  In Re: TJX Companies, Inc.
        USDC - Massachusetts <u>L</u>ead Case No. 1:07-cv-10162-WGY
        Your Case Civil Action No. 4:07cv00078-WTM
        District of MA No.1:07-cv-11480-WGY

Dear Clerk:

      Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable William G. Young.

      In accordance with the Rules concerning Multi-District Litigation, please email the electronic case file to Sherry_Jones@mad.uscourts.gov or send a disc containing all documents filed to **Clerk's Office, 595 Main St., Suite 502, Worcester, MA 01608, Attn: Sherry Jones**. In addition, please send a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records.

      Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 508-929-9901, Bonnie Smith, Courtroom Clerk for Judge Young at 617-748-9156 or Matthew Paine, Docket Clerk for Judge Young, at 617-748-9157.

                                              Sincerely,
                                              /s/ Sherry Jones
                                              Sherry Jones
                                              Deputy Clerk

Information Copy to:  Jeffery N. Luthi, Clerk of the Panel
                              Counsel of Record
                              Bonnie Smith
                              Matthew Paine